UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-08502-RGK-E | Date | January 6, 2021 |
|---|---|---|---|
| Title | American National Insurance Company v. Vartan Akopyan | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court has reviewed the Answer [25] filed by defendant Vartan Akopyan on January 5, 2021.  Defendant Akopyan shall show cause in writing, on or before January 8, 2021 why the answer should not be stricken as untimely under FRCP 12(a)(4)(A).

**IT IS SO ORDERED.**

: 

Initials of Preparer   slw