UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NATIONAL INSURANCE COMPANY, a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VARTAN AKOPYAN, Trustee of the Sogomon Akopyan Family Irrevocable Life Insurance Trust, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED COUNTERCLAIMS | CASE NO.: 2:20-cv-08502 RGK (Ex)<br><br>**JUDGMENT**<br><br>District Judge: Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Charles F. Eick<br><br>Action Filed: September 16, 2020<br>Trial Date: December 7, 2021 |

Judgment is hereby entered in favor of Plaintiff and Counterclaim-Defendant American National Insurance Company ("ANICO") and against Defendant and Counterclaimant Vartan Akopyan, Trustee of the Sogomon Akopyan Family Irrevocable Life Insurance Trust, on all claims for relief in the Complaint (ECF 1) and operative Amended Counterclaim (ECF 34).

ANICO was entitled to rescind the policy of life insurance issued on the life of Sogomon Akopyan, on January 11, 2019, numbered U0681362 (the "Policy"), as a result of the material misrepresentations and omissions made in connection with

the application for the Policy.  Therefore, the Policy is rescinded and is void *ab initio*, and ANICO has no obligation to pay any amounts in connection with the Policy or otherwise to the Defendant and Counterclaimant or any other person.

**IT IS SO ORDERED.**

Dated: November 16, 2021

*/s/ Gary Klausner*

HON. R. GARY KLAUSNER
United States District Court Judge